# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VIRGINIA ELIZABETH NEAL and MICHAEL T. NEAL, <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL ACTION NO. 3:08-0680 <br> JUDGE TRAUGER |

## AGREED ORDER OF DISMISSAL

The parties, plaintiffs, Virginia Elizabeth Neal and Michael T. Neal, and defendant, United States of America, by and through their respective counsel, have informed the Court that all matters between these parties have been settled and compromised. Accordingly, this civil action is hereby DISMISSED against the United States of America. Said dismissal shall be without prejudice for a period of ninety (90) days, within which the parties may formalize and implement the terms and conditions of their settlement. The dismissal shall be with prejudice ninety (90) days following the entry of this Order on the docket, unless other action is taken by the Court upon the petition of either party.

It is so **ORDERED**.

**ENTERED** this the 15th day of October, 2009.

*s/ John S. Bryant*
JOHN BRYANT
UNITED STATES MAGISTRATE JUDGE

[Additional signatures on the following page]

Respectfully submitted,


   s/ John Ray Clemmons (with permission)
**JOHN RAY CLEMMONS, BPR #25907**
Blackburn & McCune, PLLC
Attorneys at Law
101 Lea Avenue
Nashville, TN 37210

**ATTORNEY FOR PLAINTIFF**



EDWARD M. YARBROUGH
United States Attorney for
the Middle District of Tennessee
**By:**

 s/ S. Delk Kennedy, Jr.
**S. DELK KENNEDY, JR, B.P.R. #009799**
Assistant United States Attorney
Middle District Tennessee
110 9th Ave., Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

**ATTORNEYS FOR DEFENDANT**

2